# Andrea Bradford M.Ed., CRC

**Vocational Rehabilitation Expert**

andrea@bradfordtx.net

**512-767-9444**

**Deposition/Trial List**

- **Lobin V. JB Hunt-Deposition**
- **Valdez V. Daniel Peterson, M.D.- -Deposition**
- **Maura Kraus Vs. Shawn J. George and Elite Lighting Designs, INC. --Deposition**
- **Fuller V. Bear Rental Purchase LTD; HV Holdings, L.C.; and Thomas D. Blassingname -- Deposition**