# Andrea Bradford
**M. Ed, CRC**

## BIOGRAPHY



America's Leading Life Care Planner

11550 IH 10 West
Suite 375
San Antonio, Texas 78230
Phone: (210) 501-0995
email: info@PhysicianLCP.com

**Andrea Bradford** is a certified vocational specialist, and rehabilitation counselor who has provided services for the severely disabled since 2009.

Ms. Bradford earned a Bachelor of Arts from Baylor University in Waco, Texas. Ms. Bradford went on to earn her Master of Education in Rehabilitation Counseling from The University of Texas at Austin in Austin, Texas. Her education also includes an internship at the Department of Assistive and Rehabilitative Services (DARS) in Austin, Texas.

Her numerous professional associations include the International Association of Rehabilitation Professionals, American Board of Vocational Experts, Baylor Women's Council of Austin, and Junior League of Austin.

Ms. Bradford's professional career includes serving as a provider of vocational evaluation, job readiness and job placement services. She is currently a Vocational Expert Witness in Austin, Texas where she provides expert opinion on labor market, loss of earnings capacity, occupational outcomes, potential accommodation requirements and vocational evaluations. She is also a Certified Rehabilitation Counselor.

In addition to vocational rehabilitation consulting, Ms. Bradford is a respected researcher, and lecturer in her field.

# Andrea Bradford
M. Ed, CRC

## Curriculum Vitae



![Physician Life Care Planning — America's Leading Life Care Planner]

11550 IH 10 West
Suite 375
San Antonio, Texas 78230
Phone: (210) 501-0995
email: info@PhysicianLCP.com

## Specialties

- Vocational & Occupational Assessment
- Certified Rehabilitation Counselor (CRC)

## Educational Background

The University of Texas at Austin
Austin, Texas
Degree: Master of Education in Rehabilitation Counseling
Awarded: 2009

Baylor University
Waco, Texas
Degree: Bachelor of Arts in Social Work
Awarded: 2005

## Internships

Department of Assistive and Rehabilitative Services (DARS)
Austin, Texas
2009

## Professional Associations

- International Association of Rehabilitation Professionals
- American Board of Vocational Experts
- Junior League of Austin
- Baylor Women's Council of Austin
- Westlake Hills Presbyterian Preschool

## Professional Experience

Physician Life Care Planning
Vocational Assessment Specialist
San Antonio, Texas
2016

Pivotal Career Services, LLC
Vocational Expert Witness
Austin, Texas
2016 - Present

The University of Texas at Austin
Consultant
Austin, Texas
2015

# Andrea Bradford
M. Ed, CRC

## Curriculum Vitae

## Professional Experience (Continued)

The University of Texas at Austin
Guest Lecturer
Austin, Texas
2012 - Present

Capital City Rehabilitation Group
Vocational Rehabilitation Counselor
Austin, Texas
2012 - Present

Heart Rocks Therapy
Board of Directors
Harker Heights, Texas
2011– 2012

Pivotal Career Services, LLC
Director
Austin, Texas
2010 - Present

Austin Career Coaching
Career Coach
Austin, Texas
2009 - 2010

Austin Resource Center for Independence Living (ARCIL)
Instructor
Austin, Texas
2008 - 2009

Webcore Consulting
Marketing/Consultant
Austin, Texas
2007 - 2009

Capital City Rehabilitation Group
Corporate Social Worker
Austin, Texas
2005 - 2007