

# ABACUS ANALYTICS

## THE MEDICAL COST EXPERTS

**Medical Expense Evaluation**

Prepared for William R Ogden

By Victoria Morgan, FHFMA

October 6, 2017



October 6, 2017


William R Ogden, Esq
Farrar and Ball LLP
Houston, TX 77002

Re:  Medical Expense Evaluation, Mr. Antonio Diaz

Dear Mr. William Ogden,

Pursuant to your request, I have evaluated the medical bills provided to me that are associated with Mr.
Antonio Diaz's past medical care.

The itemized results of my evaluation are provided herein.

If you have any questions or require additional information please do not hesitate to contact me.

Sincerely,



Victoria Morgan , FHFMA
Associate Analyst, Abacus Analytics

## Contents

Qualifications ........................................................................................................................... 1

Prior Testimony ...................................................................................................................... 1

Compensation ........................................................................................................................ 1

Methodology ........................................................................................................................... 2

Documents Reviewed ............................................................................................................. 2

Resources ............................................................................................................................... 3

Opinions ................................................................................................................................. 3

Evaluation .............................................................................................................................. 4

    Rafath Quraishi, MD ........................................................................................................ 4

    Doctor's Hospital of Laredo ............................................................................................ 5

    Jose Dones-Vasquez, MD ................................................................................................. 5

    Jose Castro, CFA .............................................................................................................. 5

    Harlingen Anesthesia ...................................................................................................... 6

    Harlingen Spine and Neurosurgical Institute .................................................................. 6

    KeyHealth Medical Solutions .......................................................................................... 6

    Laredo Diagnostic Imaging .............................................................................................. 6

    Laredo Family Health Center .......................................................................................... 7

    Laredo Open MRI ........................................................................................................... 12

    Neurosurgical Associates of San Antonio ..................................................................... 12

    North Brownsville Surgical Associates .......................................................................... 13

    PRN Neuro Monitoring Services, Ltd. ........................................................................... 13

    Webb Emergency Medicine Associates ......................................................................... 13

The Author ........................................................................................................................... 14

© Copyright 2017, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz

i



## Qualifications

My professional resume is attached to this report.

I, Victoria Morgan, am a Fellow of the Healthcare Financial Management Association (FHFMA) and medical provider consultant with knowledge in revenue cycle management, coding and payer rules, professional charge systems and fee schedules.

In addition, I have worked for several medical providers to analyze their receivables and charge master. I have served as Chapter President for the Southern California Chapter of HFMA and Regional Executive of Region 11. Lastly, I have a Master's of Science in Health Administration from California State University Northridge.

I am qualified as an expert to render opinions regarding the reasonableness of Mr. Diaz's past medical expenses.


## Prior Testimony

8/18/2017 Morse V Hyundai Case 34-2015-00179952-CU-PL-GDS (Deposition-Plaintiff)


## Compensation

My fee schedule is attached to this report for reference to my hourly billing rate for prep work, research, review.
My fee schedule will also detail any fees associated with my deposition testimony and trial testimony hourly rates.

© Copyright 2016, Abacus Analytics, LLC.
Confidential Protected Health Information – Antonio Diaz



## Methodology

To assess the reasonableness of Mr. Diaz's past medical expenses:

1.  I thoroughly reviewed all documents (the "Documents") provided to me.

2.  Relying upon my education, training and professional experience, I analyzed the individual charges of Mr. Diaz's past medical care for the purpose of determining their reasonableness.

3.  In the Evaluation section of this Report, I indicate whether Mr. Diaz's past medical expenses are Usual, Customary and Reasonable by placing either a "Yes", or "No" in the column titled "Within Range".  I have then indicated whether the items marked "No" are "Above" what is considered Usual, Customary and Reasonable, as that term has been defined by the American Medical Association.

## Documents Reviewed

In the process of analyzing Mr. Diaz's past medical expenses, I reviewed the following documents:

1.  Rafath Quraishi, MD
2.  Dcotor's Hospital of Laredo
3.  Jose Dones-Vasquez, MD
4.  Jose Castro, CFA
5.  Harlingen Anesthesia
6.  Harlingen Spine and Neurosurgical Institute
7.  Key Health Medical Solutions
8.  Laredo Diagnostic Imaging
9.  Laredo Family Health Center
10. Laredo Open MRI
11. Neurosurgical Associates of San Antonio
12. North Brownsville Surgical Associates
13. PRN Neuro Monitoring Services, Ltd.
14. Webb Emergency Medicine Associates

© Copyright 2016, Abacus Analytics, LLC.
Confidential Protected Health Information – Antonio Diaz



## Resources

In addition to my education, training and professional experience as a revenue cycle professional, I consulted the following resources to assist me in my analysis of Mr. Diaz's past medical expenses:

- Context4Healthcare

- CMS Physician Fee Schedule

- OSHPD

- VitalWare

- CPT Professional Book

- SuperCoder.com

## Opinions

### Reasonableness of Medical Expenses

Upon reviewing each medical provider and each line item charge, I was able to analyze $132,884.94 of $133,779.90 in total charges. Based on my research, experience and various resources, I was able to determine the usual, customary and reasonable value of the analyzed medical services to be valued at $124,180.35. To calculate the usual, customary and reasonable value of medical service, we used the lesser of the full bill and UCR value. The difference between total charges and total analyzed charges are detailed in the Evaluation section of the report. These opinions are based on the documentation that I had available at the time. I reserve the right to amend these opinions if presented with updated documentation.

© Copyright 2016, Abacus Analytics, LLC.
Confidential Protected Health Information – Antonio Diaz



**Evaluation**

## Rafath Quraishi, MD

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|------|-------------|------|-------------|-------|--------|-----|-------------|
| 2/25/2015 | Newpt Office Comprehen | 99204 | - | 1 | $   495.00 | $   419.25 | No |
| 2/25/2015 | S.I. Joint Injection (UN) | 27096 | - | 1 | $ 2,200.00 | $ 1,483.82 | No |
| 2/25/2015 | LESI | 62311 | - | 1 | $ 1,995.00 | $ 1,995.00 | Yes |
| 2/25/2015 | Kenalog | J3301 | - | 1 | $   600.00 | $   600.00 | Yes |
| 2/25/2015 | Marcaine | S0020 | - | 1 | $     50.00 | $     30.83 | No |
| 2/25/2015 | Floro (Spine)(SiJt) (Global) | 77003 | - | 1 | $   495.00 | $   495.00 | Yes |
| 2/25/2015 | Supl Prov-Phys Not Usul Wvisit* | 99070 | S | 1 | $   895.00 | $          - | N/A |
| 2/25/2015 | Surgical Trays | A4560 | - | 1 | $   250.00 | $   250.00 | Yes |
| 2/25/2015 | Contrast Dye | Q9967 | - | 1 | $     50.00 | $     50.00 | Yes |
| 2/28/2015 | Follow-Up Visit Est PT | 99213 | - | 1 | $   395.00 | $   192.98 | No |
| 3/21/2015 | Follow-Up Visit Est PT | 99213 | - | 1 | $   395.00 | $   192.98 | No |
| 3/21/2015 | LESI | 62311 | - | 1 | $ 1,995.00 | $ 1,995.00 | Yes |
| 3/21/2015 | Kenalog | J3301 | - | 1 | $   450.00 | $   450.00 | Yes |
| 3/21/2015 | Marcaine | S0020 | - | 1 | $     50.00 | $     30.83 | No |
| 3/21/2015 | Floro (Spine)(SiJt) (Global) | 77003 | - | 1 | $   495.00 | $   495.00 | Yes |
| 3/21/2015 | Supl Prov-Phys Not Usul Wvisit | 99070 | S | 1 | $   895.00 | $     52.73 | No |
| 3/21/2015 | Surgical Trays | A4560 | - | 1 | $   250.00 | $   250.00 | Yes |
| 3/21/2015 | Contrast Dye | Q9967 | - | 1 | $     50.00 | $     50.00 | Yes |
| 4/18/2015 | Follow-Up Visit Est PT | 99213 | - | 1 | $   395.00 | $   192.98 | No |
|  | *Not enough description to analyze charge |  |  |  |  |  |  |
|  |  |  | $   12,400.00 |  | $ 11,505.00 | $ 9,226.40 |  |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz



## Doctor's Hospital of Laredo

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2015 | Xr Hand Min 3V Rt | 73130 | - | 1 | $ | 417.00 | $ | 417.00 | Yes |
| 1/20/2015 | Xr Knee Min 4V Rt | 73564 | - | 1 | $ | 288.00 | $ | 288.00 | Yes |
| 1/20/2015 | Xr Tib Fib 2C Rt | 73590 | - | 1 | $ | 527.00 | $ | 527.00 | Yes |
| 1/20/2015 | 3M Level 4 Ed W/ Procedures | 99284 | - | 1 | $ | 1,095.00 | $ | 1,095.00 | Yes |
| 1/20/2015 | 3MIV Push Initial Drug | 96374 | - | 1 | $ | 269.00 | $ | 269.00 | Yes |
| 1/20/2015 | Ketorolac Trom Per 15 MG | J1885 | - | 1 | $ | 98.00 | $ | 31.31 | No |
| | | | | | | | | | |
| | | | | | $ | 2,694.00 | $ | 2,627.31 | |

## Jose Dones-Vasquez, MD

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 3/13/2015 | Office Visit | 99204 | - | 1 | $ | 180.00 | $ | 180.00 | Yes |
| 3/3/2016 | Surgeon | 63030 | | 1 | $ | 15,000.00 | $ | 15,000.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 15,180.00 | $ | 15,180.00 | |

## Jose Castro, CFA

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2016 | Asst Surgeon | 63030 | 80 | 1 | $ | 8,000.00 | $ | 8,000.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 8,000.00 | $ | 8,000.00 | |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz



## Harlingen Anesthesia

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2016 | Anesthesia Minutes | 630 | - | 1 | $ | 2,500.00 | $ | 2,500.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 2,500.00 | $ | 2,500.00 | |

## Harlingen Spine and Neurosurgical Institute

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2016 | Office/Outpatient Visit Est | 99214 | - | 1 | $ | 180.00 | $ | 180.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 180.00 | $ | 180.00 | |

## KeyHealth Medical Solutions

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 4/8/2016 | Hydroco/Apap Tab 10-325MG | n/a | - | 90 | $ | 238.98 | $ | 238.98 | Yes |
| 4/8/2016 | Gabapentin Cap 300MG | n/a | - | 120 | $ | 406.93 | $ | 406.93 | Yes |
| | | | | | | | | | |
| | | | | | $ | 645.91 | $ | 645.91 | |

## Laredo Diagnostic Imaging

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2015 | Rad Exam Hand; Mini 3 Views | 73130 | RT | 1 | $ | 27.00 | $ | 27.00 | Yes |
| 1/20/2015 | Rad Exam; Right Tib & Fib Ap& Lat | 73590 | RT | 1 | $ | 27.00 | $ | 27.00 | Yes |
| 1/20/2015 | Rad Exam Knee Ap & Lat W Obliq Mini 3 Views | 73562 | RT | 1 | $ | 34.00 | $ | 34.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 88.00 | $ | 88.00 | |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz



## Laredo Family Health Center

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|------|-------------|------|-------------|-------|--------|-----|-------------|
| 1/21/2015 | Comprehensive Office Visit | 99203 | - | 1 | $ 150.00 | $ 150.00 | Yes |
| 1/21/2015 | Electrotherapy Electrodes | A4556 | - | 1 | $ 20.00 | $ 20.00 | Yes |
| 1/22/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 1/22/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 1/22/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 1/22/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/23/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 1/23/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 1/23/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 1/23/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/23/2015 | Lumbar Support Belt | L0500 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/24/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 1/24/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 1/24/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/26/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 1/26/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 1/26/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 1/26/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/27/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 1/27/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 1/27/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 1/27/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 1/28/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 1/28/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz



| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 1/28/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 1/28/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 1/29/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |
| 1/29/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 1/29/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 1/29/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 1/29/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 1/30/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |
| 1/30/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 1/30/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 1/30/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 2/2/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |
| 2/2/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 2/2/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 2/2/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 2/3/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |
| 2/3/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 2/3/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 2/3/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 2/4/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |
| 2/4/2015 | Micro Current Stimulation | 97014 | - | 1 | $ | 55.00 | $ | 55.00 | Yes |
| 2/4/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ | 30.00 | $ | 30.00 | Yes |
| 2/4/2015 | Massage (M) | 97124 | - | 1 | $ | 50.00 | $ | 50.00 | Yes |
| 2/5/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ | 85.00 | $ | 80.24 | No |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 2/5/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/5/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/5/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/9/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/9/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/9/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/9/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/11/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/11/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/11/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/11/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/13/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/13/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/13/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/16/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/16/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/16/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/16/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/16/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/18/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/18/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/18/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/18/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/18/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/20/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/20/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/20/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/20/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/20/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 2/23/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 2/23/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/23/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/23/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/23/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/25/2015 | Ofc Visit, Brief (OV1) | 99212 | - | 1 | $ 70.00 | $ 70.00 | Yes |
| 2/25/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/25/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/25/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/27/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 2/27/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 2/27/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 2/27/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/2/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 3/2/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/2/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 3/2/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 3/2/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/4/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 3/4/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/4/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 3/4/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |
| 3/4/2015 | Massage (M) | 97124 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/6/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $ 85.00 | $ 80.24 | No |
| 3/6/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $ 50.00 | $ 50.00 | Yes |
| 3/6/2015 | Micro Current Stimulation | 97014 | - | 1 | $ 55.00 | $ 55.00 | Yes |
| 3/6/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $ 30.00 | $ 30.00 | Yes |



| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 3/6/2015 | Massage (M) | 97124 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/9/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $  85.00 | $  80.24 | No |
| 3/9/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/9/2015 | Micro Current Stimulation | 97014 | - | 1 | $  55.00 | $  55.00 | Yes |
| 3/9/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $  30.00 | $  30.00 | Yes |
| 3/9/2015 | Massage (M) | 97124 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/11/2015 | Manipulaton Regular (3-4) (O | 98941 | - | 1 | $  85.00 | $  80.24 | No |
| 3/11/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/11/2015 | Micro Current Stimulation | 97014 | - | 1 | $  55.00 | $  55.00 | Yes |
| 3/11/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $  30.00 | $  30.00 | Yes |
| 3/11/2015 | Massage (M) | 97124 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/16/2015 | Re Exam | 99213 | - | 1 | $  140.00 | $  140.00 | Yes |
| 3/16/2015 | Intersegmental Traction (IS | 97012 | - | 1 | $  50.00 | $  50.00 | Yes |
| 3/16/2015 | Micro Current Stimulation | 97014 | - | 1 | $  55.00 | $  55.00 | Yes |
| 3/16/2015 | Hot Or Cold Packs (H, I) | 97010 | - | 1 | $  30.00 | $  30.00 | Yes |
| 3/16/2015 | Massage (M) | 97124 | - | 1 | $  50.00 | $  50.00 | Yes |
| 4/2/2015 | Copy Fee | 99499 | - | 1 | $  50.00 | $  50.00 | Yes |
| 4/2/2015 | Narrative Report | 99080 | - | 1 | $  250.00 | $  65.69 | No |
| | | | | | $  6,895.00 | $  6,605.97 | |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz

## Laredo Open MRI

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2015 | Cervical Spine Without Contrast | 72141 | - | 1 | $ | 1,800.00 | $ | 1,800.00 | Yes |
| 1/26/2015 | Cervical Spine Without Contrast | 72146 | - | 1 | $ | 1,800.00 | $ | 1,800.00 | Yes |
| 1/26/2015 | Lumbar Spine W/out Contrast | 72148 | - | 1 | $ | 1,800.00 | $ | 1,800.00 | Yes |
| | | | | | | | | | |
| | | | | | $ | 5,400.00 | $ | 5,400.00 | |

## Neurosurgical Associates of San Antonio

| Date | Description | Code | Modifier(s) | Units | Charge | | UCR | | Within UCR? |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2015 | L5-S1 Laminectomy | 63047 | - | 1 | $ | 5,000.00 | $ | 5,000.00 | Yes |
| 8/27/2015 | Each Add Segment | 63048 | - | 1 | $ | 1,500.00 | $ | 1,500.00 | Yes |
| 8/27/2015 | Posterior Non-seg | 22840 | - | 1 | $ | 5,500.00 | $ | 5,500.00 | Yes |
| 8/27/2015 | Application Device | 22851 | - | 1 | $ | 5,000.00 | $ | 4,429.76 | No |
| 8/27/2015 | Autograft | 20936 | - | 1 | $ | 500.00 | $ | 500.00 | Yes |
| 8/27/2015 | Bone Marrow ASP | 37220 | - | 1 | $ | 300.00 | $ | 300.00 | Yes |
| 8/27/2015 | Arthrosesis | 22633 | | 1 | $ | 5,000.00 | $ | 5,000.00 | Yes |
| 8/27/2015 | Allograft | 20930 | - | 1 | $ | 300.00 | $ | 300.00 | Yes |
| 8/27/2015 | Brace | L0637 | - | 1 | $ | 2,000.00 | $ | 2,000.00 | Yes |
| | *Assistant Surgeon* | | | | | | | | |
| 8/27/2015 | L5-S1 Laminectomy | 63047 | 80 | 1 | $ | 5,000.00 | $ | 3,750.00 | No |
| 8/27/2015 | Each Add Segment | 63048 | 80 | 1 | $ | 1,500.00 | $ | 1,125.00 | No |
| 8/27/2015 | Posterior Non-seg | 22840 | 80 | 1 | $ | 5,500.00 | $ | 4,125.00 | No |
| 8/27/2015 | Application Device | 22851 | 80 | 1 | $ | 5,000.00 | $ | 3,750.00 | No |
| 8/27/2015 | Arthrosesis | 22633 | 80 | 1 | $ | 5,000.00 | $ | 3,750.00 | No |
| | | | | | | | | | |
| | * Assistant Surgeons typically do not charge same price as primary surgeon | | | | $ | 47,100.00 | $ | 41,029.76 | |



## North Brownsville Surgical Associates

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 3/3/2016 | Ambulatory Surgical Care | 63030 | RT | 1 | $  15,960.00 | $  15,960.00 | Yes |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | $  15,960.00 | $  15,960.00 |  |

## PRN Neuro Monitoring Services, Ltd.

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 3/3/2016 | Surgery-Intra-op Monitoring Technical, Admin, Electrodes, Leads: Lumbar Decompression | n/a | - | 1 | $  8,000.00 | $  8,000.00 | Yes |
| 3/3/2016 | Lumbar Retractor Instrument Module | n/a | - | 1 | $  7,500.00 | $  7,500.00 | Yes |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | $  15,500.00 | $  15,500.00 |  |

## Webb Emergency Medicine Associates

| Date | Description | Code | Modifier(s) | Units | Charge | UCR | Within UCR? |
|---|---|---|---|---|---|---|---|
| 1/20/2015 | Emergency Dept V | 99284 | - | 1 | $  1,237.00 | $  1,237.00 | Yes |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | $  1,237.00 | $  1,237.00 |  |

© Copyright 2016, Abacus Analytics, LLC.

Confidential Protected Health Information – Antonio Diaz



## The Author

Victoria Morgan is a Fellow of the Healthcare Financial Management Association (FHFMA) with specific emphasis on Patient Financial Services/ Revenue Cycle, Physician Practice Management and Managed Care. She has over 35 years of operational experience in Revenue Cycle Management, patient access, Charging Structures and Staff training/ Development.  She has been an independent consultant for 25 years, after having served over 10 years in several operational positions in both facility and corporate managerial levels.

Ms. Morgan in her Consultant roles provides clients with fast and accurate operational assessments, revenue cycle management and receivable/reimbursement analysis.  In her various consulting roles, she has worked on development of hospital and professional charge systems and fee schedules.  She has practical experience in coding and payer rules along with an in-depth understanding of correct coding initiative requirements.

Ms. Morgan received her Masters of Science in Health Administration from California State University Northridge.  She has been very active in HFMA having served in all chapter leadership roles as well as the Region 11 Regional Executive.  During her 35 plus years of experience, Ms. Morgan has worked for HealthWest/UniHealth America, Summit Health (as a Corporate Director of Accounts Receivable over 12 hospitals), Avalon Municipal Hospital, Straub Hospital and Clinic, Alhambra Community Hospital, Mesquite Hospital, Dignity Health Central Coast, Sutter Health – East Bay, SAC Health Systems and many others.

 In addition to Consulting, Ms. Morgan is an Extension Faculty Member at California State University Dominguez Hills where she coordinates and teaches 5 courses in Physician Practice Management.
Ms. Morgan has been a highly sought-after consultant for her reputation of in-depth analysis and wide scope of knowledge on best practices within medical settings (Hospitals, Clinics and Physician practices) and revenue cycle management operations.

For any additional information on Victoria Morgan and her qualifications, please reach out to Abacus Analytics at Info@MedicalCostExperts.com or 1-844-MED-COST.

© Copyright 2016, Abacus Analytics, LLC.
Confidential Protected Health Information – Antonio Diaz