## Victoria Morgan, FHFMA

PO Box 923035
Sylmar, CA 91392

## Victoria Morgan & Associates, Sylmar, CA

**Warbird Consulting Partners, Atlanta Georgia:  January 2017 – Projected End Date: October 31, 2017**
Working on Revenue Cycle/ Denials Management Project: Dekalb Medical Center: Sub-Contracting on-site logistical support for development of Denials Management Program as well as support Business Office Operations as they "re-build" staff and operations.

**Principal, Independent Revenue Cycle Consultant: 1991 - Present**

Consulting projects involve interacting with internal staff in all facets of the revenue cycle.

Typical projects include focusing on operational assessments and issues involving staff.  Emphasis tends to involve compliance issues starting with Intake / Patient Access and continuing to the charge capture process (including the Charge Description Master), billing, follow-up and collections; ensuring best practices are utilized by staff as they complete their daily duties.

Projects typically involve operational assessments and interim management in addition to back filling daily operational jobs when staff are not available.  Projects frequently include revenue cycle "clean-up" projects, training projects, and procedure development within business office operations with efforts completed both on and off-site.

Most recent Client List includes: Dignity Health (Meditech and MedSeries 4), SutterHealth (In house system, Med Series 4 and EPIC), Colorado River Medical Center (CPSI System) and SAC Health System in San Bernardino (a Federally Qualified Health Center- FQHC).  Other systems worked:  AllScripts, Cerner and Dairyland.

Prior Clients include: Avalon Municipal Hospital (CPSI System), Straub Hospital & Clinic, Alhambra Community Hospital (CPSI System), Santa Paula Hospital, Mesquite Hospital and Delano Regional Medical Center.

Experience involves working with several large multi-hospital business offices as well as many years working with single facilities, including many Critical Access Hospitals.

During the last 30 years I have been involved in at least 18 conversions to MedSeries4.  Systems worked include MediTech, DairyLand, CPSI, Invision, Signature, Epic and Cerner.  Projects worked include helping clients to "de-bug" and "clean-up" conversions including re-installation projects.

Involved with implementation of several billing editors including SSI, Cirius and Relay Health: EPremis.  Involved in the evaluation and assessment of other system add-on's and/or outsourcing options.

Projects frequently require custom training programs be developed for all facets of Revenue Cycle Operations, with special emphasis on Customer Service, Patient Access and Financial Counselor Eligibility training and Business Office Skills.

Experience also involves working with several physician practices, ASCs and Specialty Practices from solo to large group practices in many states including Hawaii, Nevada and California.

**Prior Experience: (1981 - 1991)**

* **Corporate Accounts Receivable Director for up to 14 hospitals in 4 States** - responsible for full range of Corporate Managerial over sight to include Patient Access and Patient Accounting.  Provided external support for operational improvement.  Helped to train staff and improve effectiveness of cash collections. Coordinated and maintained Corporate "standardized" files such as Charge Master Files and Financial Classes. **Employers Included Healthwest / UniHealth America and Summit Health**

* **Manager of Internal Revenue (Lost Charge) Audit Department** for 10 years with staff in all owned facilities.

* Involved in system standardization of files (including patient types, financial classes and charge codes) for 2 different corporations.

*  Worked as part of **Internal Consultant** team working with several facilities throughout the State of California

*  Helped to open 2 (previously closed) facilities with respect to building Revenue Cycle Processes.

**Other Experience**

Long term extension services **faculty member at multiple colleges** including, CSULB, CSUF, CSUN. Currently **at California State University Dominguez Hills** (since 2004) where courses taught within the Physician Practice Management -Medical Billing Certificate Program include:

* Basics of 3rd party coverage
* HIPAA
* Office Operations
* Facility Billing
* Computer Lab
(For reference at CSUDH, contact Elisabeth Legge, Extension Program Director at CSUDH)

**Income Tax Preparer** with Solo practice since 2009.

**Income Tax Preparer:**  1996 – 2008 Managed the office and prepared over 400 tax returns for a H&R Block.

**Active with HFMA** since 1983, having served the Southern California Chapter as Chapter President and Region 11 as Regional Executive. Currently meeting planner for the HFMA So Cal Chapter's Fall Conference and serving as Director, Board of Directors, So Cal Chapter. Worked as meeting planner for Region 11 Symposium for 15 years.

Serves as an Instructor for Revenue Cycle 101 and Customer Service Excellence Classes offered by the So Cal Chapter of HFMA

**Education:**

**1984:  Masters of Science in Health Administration from California State University Northridge.**

**Undergraduate Degree, 1981: Health Science/Health Administration, California State University, Northridge.**