UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ANTONIO DIAZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:16-cv-00317** |
| | § | |
| **LANDSTAR INWAY, INC. and** | § | |
| **OCTAVIAN DOBOS,** | § | |
| *Defendants.* | § | |
| | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Antonio Diaz and Defendants Landstar Inway, Inc. and Octavian Dobos, by and through their respective attorneys, file this Joint Notice of Settlement pursuant to LOCAL RULE 16.3 of the United States District Court for the Southern District of Texas, Laredo Division, and would respectfully show as follows:

A settlement of all claims and causes of action pending in this case has been reached today by all parties, and all required approvals have been obtained. The parties anticipate they will be able to prepare and execute the settlement documents and tender the settlement proceeds within the next 30-45 days. Additionally, the parties propose to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41 within 45 days.

As a result of this settlement, the parties respectfully believe the current pending scheduling order deadline for submission of a Joint Pretrial Order and related filings (September 12, 2018) is no longer necessary.

z:\1193.004\Plead\Joint Notice of Settlement.docx

Respectfully submitted,

**FARRAR & BALL, L.L.P.**

*William R. Ogden* with permission by [signature]

William R. Ogden
State Bar No. 24038754
Farrar & Ball, L.L.P.
1001 Texas Avenue, Suite 220
Houston, Texas 77002
(713) 221-8300 – Telephone
(713) 221-8301 – Facsimile
bill@fbtrial.com – Email
*Attorney for Plaintiff Antonio Diaz*


**KAZEN, MEURER & PÉREZ, L.L.P.**


*/s/ George R. Meurer*
GEORGE RUSSELL MEURER
Federal I.D. No.: 16320
211 Calle del Norte, Ste. 100
P.O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
grmeurer@kmp-law.com - Email
*Attorney for Defendants Landstar Inway, Inc.
and Octavian Dobos*